Matter of Cayuga Nation v Seneca (2025 NY Slip Op 03429)

Matter of Cayuga Nation v Seneca

2025 NY Slip Op 03429

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, AND NOWAK, JJ.

234 CA 23-02145

[*1]IN THE MATTER OF CAYUGA NATION, PETITIONER-APPELLANT,
v
DYLAN SENECA, RESPONDENT-RESPONDENT. 

BARLCAY DAMON LLP, ROCHESTER (MICHAEL E. NICHOLSON OF COUNSEL), FOR PETITIONER-APPELLANT. 
JOSEPH J. HEATH, SYRACUSE, AND LAW OFFICES OF MICHAEL D. SLIGER, NEW YORK CITY, FOR RESPONDENT-RESPONDENT.

 Appeal from an order of the Supreme Court, Seneca County (Barry L. Porsch, A.J.), entered November 30, 2023. The order granted the motion of respondent to vacate a default judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Memorandum: Petitioner appeals from an order that granted respondent's motion to vacate a default judgment, which domesticated a judgment of the Cayuga Nation Civil Court against respondent. We affirm for the reasons stated in Matter of Cayuga Nation v John (— AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court